AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

of the                District of            Delaware

Matthew Wiley,
   Plaintiff

V.

Star Chrysler/Jeep, LLC,
New Castle Insurance, LTD.,
and Blue Cross Blue Shield
Insurance,

   Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-728

TO: (Name and address of Defendant)

New Castle Insurance, Ltd., by delivering copies to defendant at 621 Delaware Street, New Castle, DE 19720.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Joseph J. Rhoades
Joseph J. Rhoades, Esquire
1225 N. King Street
P.O. Box 874
Wilmington, DE 19899-0874

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

DATE NOV 1 4 2007

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>11/16/07 |
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SERVED: NEW CASTLE INSURANCE, LTD AT 621 DELAWARE ST NEW CASTLE, DE ACCEPTED BY MS. VERONICA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/16/07
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.