IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MATTHEW WILEY,

    PLAINTIFF,

v.

STAR CHRYSLER/JEEP, LLC, NEW CASTLE INSURANCE, LTD.,
And BLUE CROSS BLUE SHIELD INSURANCE,

    DEFENDANTS.

C.A. No. 07-728 (***)

**STIPULATION EXTENDING DEFENDANTS' TIME TO
ANSWER, MOVE OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree that the time for each of the Defendants to answer, move or otherwise respond to Plaintiff's Amended Complaint shall be extended to December 18, 2007.

LAW OFFICES OF JOSEPH J. RHOADES

_____
Joseph J. Rhoades, Esquire (I.D. 2064)
A. Dale Bowers, Esquire (I.D. 3932)
1225 King Street, 12th Floor
P.O. Box 874
Wilmington, DE 19899-0874
302-427-9500
Attorneys for Plaintiff

DATE:

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Timothy J. Snyder, Esquire (I.D. No. 2408)
Curtis J. Crowther, Esquire (I.D. No. 3238)
1000 West St., 17th Flr.
P.O. Box 391
Wilmington, DE 19899-0391
302-571-6600
Attorneys for Defendants

DATE: 12/6/07

    IT IS SO ORDERED THIS ____ day of _____, 2007.

_____
J.