IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MATTHEW WILEY,             :

         PLAINTIFF,             :     C.A. NO. 07-728 (JJF)

      v.                                  :

STAR CHRYSLER/JEEP, LLC, NEW     :
CASTLE INSURANCE, LTD.,
and BLUE CROSS BLUE SHIELD       :
INSURANCE,

         DEFENDANTS.         :

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

PLEASE TAKE NOTICE that on February 14, 2008, two (2) copies of the following:

(a)     Defendant Star Chrysler/Jeep, LLC's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(A)(1)

(b)     Defendant New Castle Insurance Ltd.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(A)(1)

(c)     Defendant Blue Cross/Blue Shield of Delaware's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(A)(1)

were served on the following counsel of record by hand delivery:

Joseph J. Rhoades, Esquire
Law Office of Joseph J. Rhoades
1225 N. King Street
Wilmington, DE 19801

DB02:6577238.1                                                                                                      061013.1002

Additionally, a copy of this Notice of Service of Initial Disclosures served on counsel in the same manner.

Dated: February 14, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
*Attorneys for Defendants*

DB02:6577238.1

061013.1002

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2008, I caused a two (2) copies of the foregoing Notice of Service of Initial Disclosures along with the documents referenced therein to be served as follows:

**HAND DELIVERY**

Joseph J. Rhoades, Esquire
Law Office of Joseph J. Rhoades
1225 N. King Street
Wilmington, DE 19801

Dated: February 14, 2008

Curtis J. Crowther (No. 3238)