IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTHEW WILEY, | : | |
| PLAINTIFF, | : | C.A. NO. 07-728 (JJF) |
| v. | : | |
| STAR CHRYSLER/JEEP, LLC, NEW CASTLE INSURANCE, LTD., and BLUE CROSS BLUE SHIELD INSURANCE, | : | |
| DEFENDANTS. | : | |

### DEFENDANT STAR CHRYSLER/JEEP, LLC'S NOTICE OF DEPOSITION OF PLAINTIFF, MATTHEW WILEY

Star Chyrsler/Jeep, LLC, by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 26 and 30, hereby gives notice that it will take the oral deposition, under oath, of Plaintiff **Matthew Wiley** at the offices of Defendant's counsel located at The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801 commencing on **March 4, 2008 at 10:00 a.m.**

The deposition shall be recorded by stenographic means.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy J. Snyder (No. 2408)
Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
(302) 576-1253/fax
ccrowther@ycst.com

Attorneys for Defendant

Dated: February 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I caused a two (2) copies of the foregoing DEFENDANT STAR CHRYSLER/JEEP, LLC'S NOTICE OF DEPOSITION OF PLAINTIFF, MATTHEW WILEY, to be served as follows:

**HAND DELIVERY**

Joseph J. Rhoades, Esquire
Law Office of Joseph J. Rhoades
1225 N. King Street
Wilmington, DE 19801


Dated: February 15, 2008

Curtis J. Crowther (No. 3238)