IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW WILEY, : | |
| : | |
| PLAINTIFF, : | |
| : | C.A. No. 07-728 (JJF) |
| v. : | |
| : | |
| STAR CHRYSLER/JEEP, LLC, NEW : | |
| CASTLE INSURANCE, LTD., : | |
| And BLUE CROSS BLUE SHIELD : | |
| INSURANCE, : | |
| : | |
| DEFENDANTS. : | |

### NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)(A)

PLEASE TAKE NOTICE that on February 25, 2008, two copies of Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A) were served on the following counsel of record by hand delivery:

Curtis J. Crowther, Esquire
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Flr.
The Brandywine Bldg.
P.O. Box 391
Wilmington, DE 19899-0391

/s/ A. Dale Bowers
Joseph J. Rhoades, Esquire (I.D. 2064)
A. Dale Bowers, Esquire (I.D. 3932)
1225 King Street, 12th Floor
Wilmington, Delaware 19801
302-427-9500
Attorneys for Plaintiff

DATE: February 25, 2008

Additionally, a copy of this Notice of Service of Initial Disclosures was served on counsel in the same manner

                                               /s/ A. Dale Bowers
                                               Joseph J. Rhoades, Esquire (I.D. 2064)
                                               A. Dale Bowers, Esquire (I.D. 3932)
                                               1225 King Street, 12th Floor
                                               Wilmington, Delaware 19801
                                               302-427-9500
                                               Attorneys for Plaintiff

DATE: February 25, 2008