IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTHEW WILEY, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | C.A. No. 07-728 (JJF) |
| v. | : | |
| | : | |
| STAR CHRYSLER/JEEP, LLC, NEW CASTLE INSURANCE, LTD., And BLUE CROSS BLUE SHIELD INSURANCE, | : : : | |
| | : | |
| DEFENDANTS. | : | |

## VACATION OF MOTION TO AMEND

TO:   Curtis J. Crowther, Esquire
      Young Conaway Stargatt & Taylor, LLP
      1000 West Street, 17th Floor
      P.O. Box 391
      Wilmington, DE 19899-0391

   PLEASE TAKE NOTICE that Plaintiff's Motion to Amend, scheduled for **Friday, March 7, 2008, at 2:00 p.m.**, before The Honorable Joseph J. Farnan, Jr., is hereby vacated.

                                            /s/  Joseph J. Rhoades
                                            Joseph J. Rhoades, Esquire (I.D. 2064)
                                            A. Dale Bowers, Esquire (I.D. 3932)
                                            1225 King Street, 12th Floor
                                            Wilmington, Delaware 19801
                                            302-427-9500
                                            Attorneys for Plaintiff

DATE: March 6, 2008