## CERTIFICATION OF SERVICE

I, Carol McCool, Legal Assistant, hereby certify that on this 6th day of March, 2008, I caused to be served upon counsel a true and correct copy of Plaintiff's Vacation of Motion to Amend by e-file to the following:

Timothy J. Snyder, Esquire
Curtis J. Crowther, Esquire
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Flr.
The Brandywine Bldg.
P.O. Box 391
Wilmington, DE  19899-0391

/s/ Carol McCool
_____
CAROL MCCOOL