IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTHEW WILEY, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | C.A. No. 07-728 JJF |
| v. | : | |
| | : | |
| STAR CHRYSLER/JEEP, LLC, NEW | : | |
| CASTLE INSURANCE, LTD., | : | |
| And BLUE CROSS BLUE SHIELD | : | |
| INSURANCE, | : | |
| | : | |
| DEFENDANTS. | : | |

## MOTION OF THE LAW OFFICES OF JOSEPH J. RHOADES TO WITHDRAW AS COUNSEL FOR PLAINTIFF

COMES NOW, Joseph J. Rhoades, Esquire and A. Dale Bowers, Esquire of The Law Offices of Joseph J. Rhoades ("Counsel") and move this Court pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware for an Order allowing withdrawal as counsel. In support of this motion, Counsel states as follows:

1. Counsel filed the instant action on behalf of plaintiff on November 12, 2007;

2. The parties have engaged in a small amount of discovery primarily limited to an exchange of records pursuant to Fed. R. Civ. P. 26(a)(1)(A);

3. Defendants wish to proceed with the deposition of plaintiff;

4. Plaintiff has failed to respond to Counsel's telephone calls and correspondence;

5. Moreover, the representation has been rendered unreasonably difficult by plaintiff's inability to provide requested information and failure to appear for meetings;

6. Plaintiff also insists upon a course of action in the litigation with which Counsel has a fundamental disagreement;

7. Counsel advised plaintiff that Counsel would seek an Order allowing withdrawal if plaintiff failed to contact Counsel to discuss the pending litigation and Counsel's concern regarding the handling of the litigation.  Counsel provided plaintiff until March 10, 2008 to notify Counsel.  To date, plaintiff has not responded to Counsel's requests.

8. Defendants do not oppose this motion; and

9. In accordance with Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, a copy of this motion is being sent via registered mail to plaintiff's last known address.

**WHEREFORE**, Counsel respectfully requests that the Court enter the attached proposed Order allowing Counsel to withdraw.

/s/ Joseph J. Rhoades
Joseph J. Rhoades, Esquire (I.D. 2064)
A. Dale Bowers, Esquire (I.D. 3932)
1225 King Street, 12th Floor
Wilmington, Delaware 19801
302-427-9500
Attorneys for Plaintiff

DATE: April 4, 2008