## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW WILEY, | : |
| | : |
| PLAINTIFF, | : |
| | :    C.A. No. 07-728 (JJF) |
| v. | : |
| | : |
| STAR CHRYSLER/JEEP, LLC, NEW CASTLE INSURANCE, LTD., And BLUE CROSS BLUE SHIELD INSURANCE, | : |
| | : |
| DEFENDANTS. | : |

### NOTICE OF MOTION

TO:    Curtis J. Crowther, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

PLEASE TAKE NOTICE that the within Motion to Withdraw will be heard on

**Friday, May 9, 2008, at 2:00 p.m.**, before The Honorable Joseph J. Farnan, Jr.

/s/ Joseph J. Rhoades
Joseph J. Rhoades, Esquire (I.D. 2064)
A. Dale Bowers, Esquire (I.D. 3932)
1225 King Street, 12th Floor
Wilmington, Delaware 19801
302-427-9500
Attorneys for Plaintiff

DATE: April 4, 2008