## CERTIFICATION OF SERVICE

I, Carol McCool, Legal Assistant, hereby certify that on this 4th day of April,

2008, I caused to be served upon counsel and parties a true and correct copy of the

Motion of the Law Offices of Joseph J. Rhoades to Withdraw as Counsel for Plaintiff via

e-file and/or Registered Mail to the following:


**E-FILE**
Curtis J. Crowther, Esquire
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Flr.
The Brandywine Bldg.
P.O. Box 391
Wilmington, DE  19899-0391

**REGISTERED MAIL**
Matthew Wiley
102 Clover Ct.
Newark, DE  19711-8730


/s/ Carol McCool
_____
CAROL MCCOOL