**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MATTHEW WILEY, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | C.A. No. 07-728 JJF |
| v. | : | |
| | : | |
| STAR CHRYSLER/JEEP, LLC, NEW | : | |
| CASTLE INSURANCE, LTD., | : | |
| And BLUE CROSS BLUE SHIELD | : | |
| INSURANCE, | : | |
| | : | |
| DEFENDANTS. | : | |

## ORDER

And now this _____ day of _____, 200_, upon consideration of the Motion of The Law Offices of Joseph J. Rhoades to Withdraw as Counsel for Plaintiff (the "Motion"), and any response thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED.**

_____
**United States District Judge**