IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MATTHEW WILEY, :
:
    PLAINTIFF, :
: C.A. No. 07-728 JJF
v. :
:
STAR CHRYSLER/JEEP, LLC, NEW :
CASTLE INSURANCE, LTD., :
And BLUE CROSS BLUE SHIELD :
INSURANCE, :
:
    DEFENDANTS. :

### ORDER

And now this 9 day of April, 2008, upon consideration of the Motion of The Law Offices of Joseph J. Rhoades to Withdraw as Counsel for Plaintiff (the "Motion"), and any response thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED.**

_____
United States District Judge