IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MATTHEW WILEY,

        PLAINTIFF,                                 :    C.A. NO. 07-728 (JJF)

        v.

STAR CHRYSLER/JEEP, LLC, NEW
CASTLE INSURANCE, LTD.,
and BLUE CROSS BLUE SHIELD
OF DELAWARE,

        DEFENDANTS.

### DEFENDANT STAR CHRYSLER/JEEP, LLC'S
### SECOND NOTICE OF DEPOSITION OF PLAINTIFF, MATTHEW WILEY[1]

Star Chrysler/Jeep, LLC, by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 26 and 30, hereby gives notice that it will take the oral deposition, under oath, of Plaintiff **Matthew Wiley** at the offices of Defendant's counsel located at The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801 commencing on **April 28, 2008 at 10:00 a.m.**

The deposition shall be recorded by stenographic means.

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        Curtis J. Crowther (No. 3238)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        P.O. Box 391
                                        Wilmington, DE 19899-0391
                                        (302) 571-6600
                                        (302) 576-1253/fax
                                        ccrowther@ycst.com
                                        Attorneys for Defendant

Dated: April 15, 2008

---

[1] Defendant previously filed and served a Notice of Deposition of Plaintiff. Defendant's counsel was informed by Plaintiff's then counsel of record that Plaintiff would not appear for the properly-noticed deposition.

## CERTIFICATE OF SERVICE

I, Curtis J. Crowther, Esquire, attorney for Defendants, hereby certify that on April 15, 2008, I caused two copies of the foregoing to be served by first class, United States Mail, on the following party of record:

Mr. Matthew Wiley
102 Clover Ct.
Newark, DE 19711-8730

_____
CURTIS J. CROWTHER (No. 3238)

Dated: April 15, 2008