## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MATTHEW WILEY,                                   :
                                                 :
        PLAINTIFF,                           :    C.A. NO. 07-728 (JJF)
                                                 :
      v.                                      :
                                                 :
STAR CHRYSLER/JEEP, LLC, NEW                     :
CASTLE INSURANCE, LTD.,                          :
and BLUE CROSS BLUE SHIELD                       :
OF DELAWARE,                                     :
                                                 :
        DEFENDANTS.                          :

## DEFENDANT STAR CHRYSLER/JEEP, LLC'S
## THIRD NOTICE OF DEPOSITION OF PLAINTIFF, MATTHEW WILEY[1]

        Star Chrysler/Jeep, LLC, by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 26 and 30, hereby gives notice that it will take the oral deposition, under oath, of Plaintiff **Matthew Wiley** at the offices of Defendant's counsel located at The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801 commencing on **May 12, 2008 at 10:00 a.m.**

        The deposition shall be recorded by stenographic means.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        Curtis J. Crowther (No. 3238)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE  19899-0391
        (302) 571-6600
        (302) 576-1253/fax
        ccrowther@ycst.com
        Attorneys for Defendant

Dated: April 30, 2008

---

[1] Defendant previously filed and served two Notices of Deposition of Plaintiff. Defendant's counsel was informed by Plaintiff's then counsel of record that Plaintiff would not appear for the first properly-noticed deposition. Plaintiff notified Defendant's counsel that he would not be appearing for the second properly noticed deposition on the day of the scheduled deposition.

## CERTIFICATE OF SERVICE

I, Curtis J. Crowther, Esquire, attorney for Defendants, hereby certify that on

April 30, 2008, I caused two copies of the foregoing to be served by first class, United States

Mail, postage prepaid, on the following party of record:

Mr. Matthew Wiley
102 Clover Ct.
Newark, DE  19711-8730

CURTIS J. CROWTHER (No. 3238)

Dated: April 30, 2008

DB02:6744335.2                                                                 061013.1002