IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW WILEY, | : |
| | : |
|     Plaintiff, | : |
| | : |
|   v. | : Civil Action No. 07-728-JJF |
| | : |
| STAR CHRYSLER/JEEP, LLC, NEW | : |
| CASTLE INSURANCE, LTD., and | : |
| BLUE CROSS BLUE SHIELD OF | : |
| DELAWARE, | : |
| | : |
|     Defendants. | : |

**ORDER**

    WHEREAS, on April 30, 2008, Defendants filed a Motion to Compel Deposition of Plaintiff Matthew Wiley and to Extend Fact Discovery Deadline to Complete Deposition of Plaintiff Matthew Wiley (D.I. 34) ("Motion to Compel");

    WHEREAS, Plaintiff's Answering Brief to the Motion to Compel was due on May 19, 2008;

    WHEREAS, Plaintiff has not yet responded to Defendants' Motion;

    NOW THEREFORE IT IS HEREBY ORDERED Plaintiff shall file an Answering Brief to the Motion to Compel (D.I. 34) **no later than Friday, July 11, 2008.**  If Plaintiff does not file an Answering Brief by the date indicated, the Court will decide the Motion on the papers submitted.

June __24__, 2008

                                                                                                                                                                   UNITED STATES DISTRICT JUDGE